IN THE UNITED STATES DISCTRICT COURT
FOR TH NORTHERN DISTRICT OF OHIO
EASTERN DIVISON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE:1:20CR716 |
| | ) | |
| | ) | |
| Plaintiff, | ) | JUDGE PAMELA BARKER |
| vs. | ) | |
| | ) | |
| JOHNNY LEE PALMER, et al. | ) | **MOTION TO CONTINUE** |
| | ) | **CHANGE OF PLEA HEARING/** |
| | ) | **FINAL PRETRIAL** |
| Defendant. | ) | **CONFERENCE PRESENTLY** |
| | ) | **SET FOR 2/27/21 AT** |
| | ) | **9:30 A.M.** |

NOW COMES the Defendant, Johnny Lee Palmer, by and through his legal counsel, Rodger A. Pelagalli, and respectively requests that this Court set another date for the trial currently scheduled for 2/16/21. The basis of this motion is that Mr. Pelagalli, Defendants counsel, shall be in a previously scheduled surgery that same morning. As such, and anticipating a plea in the within matter, the Defendant respectfully request a continuance of all date later than 2/17/21.

For all of the above asserted reasons, and any other the Court would allow, the Defendant respectfully requests a continuance the Change of Plea/ Final Pretrial Conference.

Respectfully Submitted,

_____/s/ rodger a. pelagalli_____
Rodger A. Pelagalli (0034530)
Rodger A. Pelagalli Co., L.P.A.
6659 Pearl Road, Ste. 401
Parma Heights, OH 44130
(440) 845-3030 (phone/fax)
RAPesq@aol.com

Attorney for Defendant

## Certificate of Service

A copy of the foregoing Motion was filed electronically on this 10th day of February 2021. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

_____/s/ rodger a. pelagalli_____
Rodger A. Pelagalli (0034530)
Rodger A. Pelagalli Co., L.P.A.
6659 Pearl Road, Ste. 401
Parma Heights, OH 44130
(440) 845-3030 (phone/fax)
RAPesq@aol.com

Attorney for Defendant